DOWNIE et al., Respondents, v. NEW YORK CENT. & H. R. R. CO., Appellant.

(Supreme Court, General Term, Fifth Department.   January 18, 1894.)

Action by Andrew Downie and Jennie L. Gallagher against the New York Central & Hudson River Railroad Company.
No opinion.   Judgment and order appealed from affirmed.

---

FOY, Respondent, v. DIXON, Appellant.

(Supreme Court, General Term, Fifth Department.   January 18, 1894.)

Action by Aurelia Foy against Maud L. Dixon, administratrix, etc.
No opinion.   Judgment appealed from affirmed, with costs.

---

GRAY, Respondent, v. TOWN OF CANEADEA, Appellant.

(Supreme Court, General Term, Fifth Department.   January 18, 1894.)

Action by Farley W. Gray, administratrix, etc., against the town of Caneadea.
No opinion.   Motion for a certificate that the case is of sufficient importance to make it advisable that the judgment of the court of appeals be taken before proceeding further denied.   See 25 N. Y. Supp. 1134.

---

HARMON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant.

(Supreme Court, General Term, Fifth Department.   January 18, 1894.)

Action by L. D. Harmon, administrator, etc., against the New York Central & Hudson River Railroad Company.
No opinion.   Judgment and order appealed from affirmed.

---

HICKMAN, Respondent, v. PURVIANCE, Appellant.

(Supreme Court, General Term, Fifth Department.   January 18, 1894.)

Action by Arthur W. Hickman against Louis K. Purviance.
No opinion.   Order appealed from reversed, with $10 costs and disbursements, and judgment vacated.

---

HUNTER, Respondent, v. CITY OF ROCHESTER, Appellant.

(Supreme Court, General Term, Fifth Department.   January 18, 1894.)

Action by Percilla Hunter against the city of Rochester.
No opinion.   Judgment appealed from affirmed.   BRADLEY, J., not sitting.